20182.   ANDREWS *v.* THE STATE.

BROYLES, C. J.   The evidence, as disclosed by the answer of the trial judge, which was not traversed or excepted to, amply authorized the conviction of the accused of the offense of possessing intoxicating liquor, and the judge of the superior court did not err in overruling the certiorari.   *Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED JANUARY 14, 1930.

*C. G. Battle,* for plaintiff in error.

*John S. McClelland, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw,* contra.